IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0715

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

WOLFGANG ALEXANDER LUCAS VASQUEZ,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 12-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 31, 2021, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 13 2021